Annette L. Hurst (California Bar No. 148738)
Beth M. Goldman (California Bar No. 118341)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
Email:   annette.hurst@hellerehrman.com
         beth.goldman@hellerehrman.com

Attorneys for Plaintiff
DEL MONTE CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| DEL MONTE CORPORATION, a Delaware corporation,<br><br>                              Plaintiff,<br><br>     v.<br><br>MY GOURMET PRODUCTS, INC., a California corporation,<br><br>                              Defendant. | Case No.:4:07-cv-02161-CW<br><br>**STIPULATION AND] ORDER REGARDING CONTINUATION OF CERTAIN CASE DEADLINES** |

Plaintiff Del Monte Corporation and Defendant My Gourmet Products, Inc.(collectively "The Parties"), by and through their respective duly authorized counsel of record, hereby stipulate and agree to the following Stipulation and Proposed Order Regarding Continuation of Certain Case Deadlines in the above-captioned matter.

Subsequent to the filing of the Complaint in this action, the Parties entered into a Confidential Settlement Agreement and Mutual Release of Claims (the "Agreement"). Pursuant to the Agreement, Defendant My Gourmet Products, Inc. has a deadline of August 2, 2007 to cease all use of the allegedly infringing mark and must provide Plaintiff Del Monte Corporation with a Declaration attesting to the cessation of use by August 4, 2007.

NOW THEREFORE, the Parties stipulate and hereby request that this Court order that the following deadlines set for July and August 2007 be extended by one month to permit compliance with the terms of the Agreement as an alternative to litigation.

| DESCRIPTION | CURRENT DATE | NEW DATE |
|---|---|---|
| Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan. | July 17, 2007 | August 17, 2007 |
| Last day to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference. | July 17, 2007 | August 17, 2007 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | July 31, 2007 | August 31, 2007 |
| Initial Case Management Conference | August 7, 2007 | September 11, 2007 |

DATED: July 17, 2007                HELLER EHRMAN LLP


By /s/ Annette L. Hurst
    Annette L. Hurst
    333 Bush Street
    San Francisco, CA  94104-2878
    Attorneys for Plaintiff
    DEL MONTE CORPORATION

INTELLECTUAL PROPERTY LAW GROUP LLP

By */s/ Otto Lee*
Otto Lee
12 South First Street, 12th Floor
San Jose, CA 95113
Attorneys for Defendant
MY GOURMET PRODUCTS, INC.

IT IS SO ORDERED.

7/26/07

DATED: _____      _____
　　　　　　　　　　　　　　　　　　　The Honorable Claudia Wilken
　　　　　　　　　　　　　　　　　　　United States District Court Judge

Heller Ehrman LLP

3
STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF CERTAIN CASE DEADLINES