1  Annette L. Hurst (California Bar No. 148738)
   Beth M. Goldman (California Bar No. 118341)
2  HELLER EHRMAN LLP
   333 Bush Street
3  San Francisco, CA  94104-2878
   Telephone: +1.415.772.6000
4  Facsimile: +1.415.772.6268
   Email:   annette.hurst@hellerehrman.com
5           beth.goldman@hellerehrman.com

6  Attorneys for Plaintiff
   DEL MONTE CORPORATION
7

8                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
9                         (OAKLAND DIVISION)

10

11                                              Case No.:4:07-cv-02161-CW
   DEL MONTE CORPORATION, a Delaware
12 corporation,                                 **STIPULATION AND [PROPOSED]
                                                ORDER FOR DISMISSAL WITHOUT
13                            Plaintiff,        PREJUDICE**

14       v.

15 MY GOURMET PRODUCTS, INC., a
   California corporation,
16
                              Defendant.
17

18      The parties to the above-captioned action hereby stipulate and agree that this action

19 and all claims that have been raised in this action are hereby dismissed without prejudice.

20 The parties further agree that each shall bear its own costs and expenses in this action,

21 including attorneys' fees.

22

23 DATED: August___, 2007            HELLER EHRMAN LLP

24

25                                   By /s/ Annette L. Hurst
                                        Annette L. Hurst
26                                      333 Bush Street
                                        San Francisco, CA  94104-2878
27                                      Attorneys for Plaintiff
                                        DEL MONTE CORPORATION
28

Heller
Ehrman LLP

                                         1

1 | DATED: August 3rd, 2007        INTELLECTUAL PROPERTY LAW GROUP LLP

                                   By _____
                                   Otto Lee
                                   12 South First Street, 12th Floor
                                   San Jose, CA 95113
                                   Attorneys for Defendant
                                   MY GOURMET PRODUCTS, INC.

IT IS SO ORDERED.

DATED: 8/7/07

                                   _____
                                   The Honorable Claudia Wilken
                                   United States District Court Judge

Heller Ehrman LLP

2